WILLIAM R. ZENGA *v.* PLAINVILLE TOWN COUNCIL
ET AL.

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*Richard G. Adams* and *Edward J. McMahon,* in support of the petition.

*Allen J. Segal,* in opposition.

Submitted February 1—decided February 7, 1974

TOWN OF AVON ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF BLOOMFIELD ET AL.

The petition for certification by the defendants Erle Martin et al. for appeal from the Court of Common Pleas in Hartford County is granted.

*John A. Berman,* in support of the petition.

*Robert C. Hunt, Jr.,* in opposition.

Submitted February 4—decided February 7, 1974

GREATER DEVELOPMENT COMPANY OF CONNECTICUT,
INC., ET AL. *v.* GREEN VALLEY LAKES, INC., ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Middlesex County is granted.

*Ronald Stevens,* for the appellees (defendants).

*David E. Kamins,* for the appellants (plaintiffs).